EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 180 |
| Aprobación de Baja Voluntaria y Cambio de Estatus Inactivo correspondiente al Periodo de enero a septiembre de 2012 | 187 DPR ____ |

Número del Caso: TS-9044 y otros

Fecha: 21 de noviembre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de
Baja Voluntaria de
enero a marzo de 2012


RESOLUCIÓN


San Juan, Puerto Rico, a 21  de noviembre de 2012.

Durante el periodo de enero a marzo de 2012, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

### enero

| | |
|---|---|
| Dennies Cuevas Silvagnoli | 9044 |
| Rubén Fernández Vázquez | 2532 |
| Jesús F. Fuentes Cruz | 5113 |
| Santos Nazario Pérez | 2934 |
| Sonia I. Negrón Rivera | 9888 |
| Awilda Rodríguez de Padilla | 6119 |
| Miguel Rodríguez Villanueva | 5751 |
| Samuel E. Ruiz Domenech | 4834 |

### febrero

| | |
|---|---|
| Myrtelina M. Fernández Marrero | 3182 |
| María Cristina Dávila Lugo | 5242 |
| Miguel A. Santiago Rivera | 5495 |
| Pilar Rodríguez Rexach | 6605 |

### marzo

| | |
|---|---|
| Juan J. Hernández Bello | 3096 |
| Mario Muñoz García | 5349 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.



Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de
Baja Voluntaria de
mayo y junio de 2012


RESOLUCIÓN

San Juan, Puerto Rico, a  21  de noviembre de 2012.

Durante los meses de mayo y junio de 2012, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**mayo**

| | |
|---|---|
| Rubén Rivera Ramos | 1804 |
| María José Méndez Purcell | 2492 |
| Irving A. Jiménez Juarbe | 3018 |
| Luis R. Piña Nazario | 4372 |
| Sergio Reyes Zamora | 5699 |
| Edgardo E. Rosario Cabrera | 6779 |
| Griselle T. García Padilla | 12,394 |
| Ray J. Rodríguez De La Rocha | 17,237 |

**junio**

| | |
|---|---|
| Francisco Vincenty Gronau | 2100 |
| Sonia I. Guzmán Millán | 4952 |
| Heriberto Vargas Quiñones | 9299 |

Publíquese.

   Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


                      Larissa Ortiz Modestti
            Secretaria del Tribunal Supremo Interina



EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de
Baja Voluntaria de
julio a septiembre de 2012




RESOLUCIÓN


San Juan, Puerto Rico, a  21   de noviembre de 2012.

Durante el periodo de julio a septiembre de 2012, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

### julio

| | |
|---|---|
| Federico A. Cordero Salguero | 2050 |
| Pedro A. Morell Corrada | 2493 |
| Miguel A. Rivera Arroyo | 3247 |

### agosto

| | |
|---|---|
| Edgardo Cales Rivera | 3632 |

### septiembre

| | |
|---|---|
| Frank J. Vizcarrondo Vivas | 1329 |
| Aura L. Rivas Flores | 1483 |
| Alfonso H. Zayas Cintrón | 1701 |
| José H. Lupiañez Rivera | 2543 |
| José A. Torres Caraballo | 3289 |
| Julio Sánchez De La Rosa | 5037 |
| Alicia López Martínez | 5561 |
| Joaquín Archilla Aponte | 5570 |
| Yvonne Bonnet Rivero | 5581 |

Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del
Tribunal Supremo Interina.


                        Larissa Ortiz Modestti
                Secretaria del Tribunal Supremo Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2012

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de noviembre de 2012.

Durante el periodo de enero a marzo de 2012, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**enero**

| | |
|---|---|
| Lolita Miranda Villafañe | 2082 |
| Luz María Toro Solis | 2129 |
| Jorge Luis Ortiz Vera | 2173 |
| Pedro G. Salazar Díaz | 2506 |
| Vidalia Rivera García | 2592 |
| Manuel González Villafañe | 2780 |
| Gregui J. Mercado Escobar | 3230 |
| Ovidio Santa Pagán | 3393 |
| Juan M. Láncara Reyes | 3648 |
| Pedro A. Rosado de Valle | 3704 |
| Samuel Méndez Cuesta | 3965 |
| José Bauzá Agrinsoni | 4562 |
| William Núñez Colón | 4649 |
| Manuel Rodríguez Escalera | 4683 |
| Rafael A. Santiago Becerra | 5036 |
| Emilia M. Román Nevárez | 5203 |

Aprobación de Cambio de
Estatus Inactivo de
Enero a marzo de 2012                              Página 2

| | |
|---|---|
| Nydia Osorio Vélez | 5324 |
| Mario J. Pabón Cátala | 5340 |
| Emiliano Irizarry Castro | 5655 |
| Berenith Amalia Vélez Torres | 5797 |
| Milagros Alonso Díaz | 6877 |
| Carmen J. Fernández Padilla | 7511 |
| Yolanda I. Villamil Passalacqua | 7522 |
| Miriam C. Pérez Quiñones | 8571 |
| Victoria A. Ferrer Kerber | 8982 |
| Vanessa I. Soto Sepúlveda | 9868 |
| Jorge P. Silva Puras | 9913 |
| Rafael Polanco Díaz | 10,510 |
| María de Lourdes Torres Ramos | 10,591 |
| Wendy Sue Figueroa Colón | 10,661 |
| José Luis Otero Calzada | 12,272 |
| Héctor J. Rivera Rodríguez | 13,592 |
| Alberto G. Burgos Rodríguez | 14,095 |
| María C. Acevedo Mangual | 15,102 |

### febrero

| | |
|---|---|
| José G. Rolón Rivera | 2573 |
| María Isabel Berríos Izquierdo | 2895 |
| Ana Luisa López Vélez | 3170 |
| Santos Nigaglioni Estrada | 3546 |
| Andrés Villanueva Laguer | 5069 |
| José A. Miranda Tirado | 5542 |
| Gloria Cruz Meléndez | 6403 |
| Gloria Vidal García de la Noceda | 6667 |
| Nilda P. Fuentes Ortiz | 7706 |
| José Luis Bonilla Echevarría | 7614 |
| Carmen L. Romero García | 8902 |
| Eduardo J. Negrón Méndez | 9998 |
| Ideliza Pérez Marcano | 11,483 |
| Nora T. Yordán Rodríguez | 12,467 |
| Maritza Candelaria Bonet | 13,553 |
| Juan F. Seguí Cordero | 15,851 |

### marzo

| | |
|---|---|
| Roberto R. Bird Hofmann | 2202 |
| Edwin Ramos Rivera | 4376 |
| Josefa A. Román García | 4481 |
| Migdalia Tirado Bravo | 4622 |
| Luis Márquez Torres | 4800 |
| Mario Canales Ydrach | 4933 |
| Alberto Medina Carrero | 4984 |
| Miguel A. Santana Bagur | 5047 |
| Francisca Pérez Muñoz | 5023 |
| Mario Muñoz García | 5349 |
| Nelson Pagán Hernández | 5740 |
| Rafael J. Torres Torres | 5778 |
| Mildred Corretjer Piquer | 6449 |
| Peter Calderón Meléndez | 7432 |

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2012                                    Página 3

| | |
|---|---|
| Bernardo Colón Barbosa | 7443 |
| Fernando J. Rabell Vilches | 7566 |
| Lucia Ramos Díaz | 8367 |
| Toula Politis Stogiannis | 8379 |
| María T. Calderón Serra | 9047 |
| Erwin R. Fernández Gallardo | 10,556 |
| Jaime G. Lluch Aguilú | 10,890 |
| María de Lourdes Meléndez Díaz | 10,931 |
| Leticia Ramírez Rangel | 12,298 |
| Coralia Vázquez Otero | 16,807 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
abril a junio de 2012




RESOLUCIÓN


San Juan, Puerto Rico, a 21 de noviembre de 2012.

Durante el periodo de abril a junio de 2012, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**abril**

| | |
|---|---|
| Juan Manuel Hernández Benítez | 11,051 |

**mayo**

| | |
|---|---|
| Blanca Rivera Acevedo | 2013 |
| Solomon Goldman | 2071 |
| Frederick J. Franco García | 2211 |
| Raúl E. Casasnovas Balado | 2836 |
| Carmen Zoraida del Río Rosa | 2843 |
| Andrés O. Navedo Rodríguez | 3214 |
| Pedro L. Casasnovas Balado | 3227 |
| Elba Canales de Mattina | 3586 |
| Géigel A. Torres Rivera | 3595 |
| Antonio Cuevas Viret | 4264 |
| Reinaldo Fuentes Valentín | 4288 |
| Carmen Román Díaz | 4436 |
| Miguel A. Rivera Ramos | 4541 |
| Samuel Sáez Fontany | 4857 |
| Iván F. Fuster Lebrón | 4921 |
| Miguel A. Mújica Vázquez | 4998 |

Aprobación de Cambio de
Estatus Inactivo de
abril de junio de 2012                                    Página 2

| | |
|---|---|
| José Ramón Ayala Nazario | 5119 |
| Carlos M. Ruiz González | 5334 |
| Rubén Darío Bonilla Martínez | 5607 |
| Raymond W. Cuprill Hernández | 5871 |
| William Pérez Varela | 6149 |
| Carlos J. Coll Ramírez de Arellano | 6425 |
| Gilberto García Morales | 6934 |
| Héctor Latorre Rodríguez | 7270 |
| Edgar Rodríguez Méndez | 7411 |
| Myrna Rodríguez de Abadie | 7565 |
| George M. Torres López | 7937 |
| María del C. Martínez Rivera | 9109 |
| Yolanda M. Román Gómez | 9912 |
| Eileen Morales Ramírez | 10,019 |
| María Teresa Oti López | 10,044 |
| Vivian Núñez Rodríguez | 10,366 |
| Eduardo Rivera Santaliz | 10,540 |
| Luis Raúl Sierra Velázquez | 10,543 |
| Marie I. Soler Pérez | 11,561 |
| Nilda López Hidalgo | 10,695 |
| Ernesto Alejandro Suárez Valle | 10,839 |
| Luis Muñoz Morales | 10,981 |
| Iván C. López Morales | 11,867 |
| Adriana Esther Pou Porrata | 11,876 |
| Virginia M. Andréu Rosario | 12,553 |
| Rocío M. Vélez Medina | 12,753 |
| Ángel Hernández Ríos | 12,820 |
| William Torruellas Rodríguez | 12,998 |
| Nilda A. Quiñones Maldonado | 13,116 |
| Norman A. Quilichini Santaella | 13,359 |
| Liza E. Benítez Seilhamer | 13,811 |
| Maritere Carrasquillo Rodríguez | 14,107 |
| Juan Manuel Rubero Ramos | 14,438 |
| Luis F. Calderón Candelario | 14,513 |
| Glorimar Colón Velázquez | 14,535 |
| Heriberto Torres Cortés | 14,634 |
| Frances M. Hamel Grafals | 14,667 |
| Michelle Montalvo Muñoz | 15,310 |
| Paola Rivera Torres | 18,610 |

## junio

| | |
|---|---|
| José E. Nieves Trilla | 1433 |
| Antonio Maldonado Seda | 2544 |
| José Luis Colón Ramírez | 4094 |
| María Esther Rivera de Colón | 5550 |
| José C. Reyes Zamora | 5700 |
| Ángel R. Ramos Otero | 5895 |
| Anthony Borton | 6108 |
| Eduardo R. Morales Soto | 6397 |
| Harold Glanville Torres | 6891 |
| Carlos A. García Pérez | 9511 |
| Alfonso G. Aguilar Sartori | 11,577 |
| Elizabeth Pabón Quiñones | 14,732 |

Aprobación de Cambio de
Estatus Inactivo de
abril a junio de 2012                          Página 3

        Michelle Platzer Vélez                15,361
        Armando R. López Canino              16,277

        Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

                     Larissa Ortiz Modestti
           Secretaria del Tribunal Supremo Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
julio a septiembre de 2012

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de noviembre de 2012.

Durante el periodo de julio a septiembre de 2012, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### julio

| | |
|---|---|
| Pablo R. Cancio | 1667 |
| Eduardo E. Franklin Arce | 2410 |
| Miguel Otero Chaves | 2865 |
| Nellie Hernández Figueroa | 3264 |
| Esteban Martínez Molina | 5482 |
| Elba I. Santiago Rodríguez | 6804 |
| Ramón López García | 6941 |
| Paul G. Brennan Bigles | 12,548 |
| Beatriz M. Collazo Ortiz | 12,963 |
| Carmen Lugo Luciano | 13,089 |
| Nivea R. Berríos Colón | 13,360 |
| Juan C. López Sepúlveda | 15,108 |

### agosto

| | |
|---|---|
| Carlos Eduardo Lube | 1910 |
| Luis Felipe Castillo Méndez | 2398 |
| José E. Sánchez Soliván | 2657 |
| Celestino Matta Méndez | 3975 |
| Jaime A. Miranda Colón | 4268 |

Aprobación de Cambio de
Estatus Inactivo de
julio a septiembre de 2012                        Página 2

| | |
|---|---|
| Nelson Álvarez Febles | 4331 |
| Ennio M. Colón García | 4336 |
| Arnaldo E. Granados Estrada | 4949 |
| Roberto Ortiz Hernández | 5531 |
| Lynette Algarín Otero | 5587 |
| Alma S. De León Ostolaza | 6502 |
| Luis Fernando Castillo Cruz | 12,012 |
| | |
| Ramón E. Riancho Sánchez | 12,284 |
| José F. Rivera Morales | 13,607 |
| Rosanna Bayonet Tartak | 13,694 |
| Orlando H. González Rivera | 14,321 |
| Ileana Torres Peña | 15,356 |
| Zaleskie Vélez Rodríguez | 16,738 |

### septiembre

| | |
|---|---|
| José A. Mayoral | 1429 |
| Gerardo Ortiz del Rivero | 1560 |
| Quintín Morales Ramírez | 1566 |
| Stanley L. Feldstein | 1649 |
| Addie Cartagena Molina | 1724 |
| Vicente Géigel Lanuza | 1736 |
| German F. O'Neill Susoni | 1743 |
| Josefina Riollano Álvarez | 2232 |
| Carlos M. Maldonado Casillas | 2280 |
| Rodolfo Murphy Bernabe | 2439 |
| Enrique Rivera Santana | 2455 |
| Esteban Rodríguez Maduro | 2457 |
| Wilfredo Pérez Candelaria | 2559 |
| Estrella E. Bocanegra Girald | 2765 |
| Miriam Bosch Lugo | 2822 |
| Roberto R. Muñoz Arill | 2933 |
| Tadeo Negrón Medero | 2935 |
| Petra Velázquez de Bernier | 2956 |
| Basil John Dávila Winters | 3133 |
| Esteban De Jesús Pizarro | 3160 |
| Isabel Alonso De Jesús | 3242 |
| José A. Torres Caraballo | 3289 |
| Antonio C. González Rodríguez | 3458 |
| Agustín Echevarría Santiago | 3504 |
| Pedro J. Acevedo Torres | 3524 |
| Ana Raquel Santiago Ferrer | 3583 |
| Aurora Ocasio Morales | 3609 |
| Laura R. Ayoroa Santaliz | 3634 |
| Emilio G. Rivera Rivera | 3685 |
| Carlos Q. Ramírez Ríos | 3751 |
| Carlos A. Robert Ruiz | 3808 |
| Félix López Cancel | 3883 |
| Edgard R. Martínez Gelpí | 3900 |
| Alvaro Toro Solís | 3941 |
| Rubén Rivera Vera | 4165 |
| Gilberto Vilá Navarrete | 4176 |
| José T. Rojas Nieves | 4444 |
| Wilson Bayrón Soto | 4483 |

Aprobación de Cambio de
Estatus Inactivo de
julio a septiembre de 2012                          Página 3

| | |
|---|---|
| Aida L. Pagán Casañas | 4532 |
| Julia Inés Quiñones Jiménez | 4623 |
| Lourdes López Sobá | 4626 |
| Roberto Buono Grillasca | 4704 |
| Rafael Orraca Rodríguez | 4762 |
| José E. Colón Reyes | 5098 |
| Enrique J. Lago Giberga | 5149 |
| Manuel Dávila Batista | 5261 |
| Jerome E. Smith | 5403 |
| Pedro A. Román Quiles | 5406 |
| Jaime Laboy Almodóvar | 5634 |
| Yvonne Fournier Ferrer | 5658 |
| César Nazario Almodóvar | 5719 |
| Kittybelle Rivera Umpierre | 5803 |
| Lilliam Ruiz De Jesús | 5911 |
| María Milagros Crespo González | 5978 |
| Manuel Rivera Santiago | 6115 |
| José O. Burgos Méndez | 6128 |
| Juan R. Flores Ramos | 6195 |
| Luisa Arroyo de Abadía | 6247 |
| Reyes Vigo Velázquez | 6315 |
| María F. Vilches Casanova | 6316 |
| Juan B. Algarín Gómez | 6404 |
| Carlos A. Pagán Pagán | 6549 |
| María del C. Meléndez Dávila | 6739 |
| Leila Sánchez Tirado | 6755 |
| Juan O. Cruz Cay | 6875 |
| Ricardo R. Pesquera Annexy | 6987 |
| Carmen S. Torres Escabí | 7045 |
| Jaime L. Vázquez Colón | 7067 |
| Patria Vega Santiago | 7355 |
| Severiano Miranda Santiago | 7667 |
| Delia Aponte Morales | 7699 |
| Lesbia M. Vélez Rojas | 7680 |
| Inés M. Méndez Rosado | 7986 |
| Sergio Mundo Mundo | 8025 |
| Oscar Crespo López | 8064 |
| Gladys H. Rivera Colón | 8113 |
| Matilde Collazo Viera | 8142 |
| José J. Dávila Carrión | 8148 |
| Luis A. Mattei Filardi | 8212 |
| Marlene Gillette Ibern | 8330 |
| Pedro J. Figueroa García | 8337 |
| Rafael Fuentes Fernández | 8592 |
| Alvilda Bird Picó | 8657 |
| Vilma L. Molina Casanova | 8659 |
| Carmen I. Motta Montañez | 9105 |
| Awilda Rodríguez Orta | 9301 |
| Petra I. Cervoni Hernández | 9492 |
| Epifanio Vidal Cruz | 9596 |
| Aura N. Orraca Febry | 9627 |
| Lissette Lacomba Acevedo | 9696 |
| Mireya E. Viñas Zavala | 9863 |
| Jaime Maldonado González | 10,278 |
| Amílcar L. Jordán Pérez | 10,350 |

Aprobación de Cambio de
Estatus Inactivo de
julio a septiembre de 2012                           Página 4

| | |
|---|---|
| Hilda R. Cruz Rivera | 10,683 |
| Manuel Ruiz Serrano | 10,804 |
| Flavio Cumpiano Alfonso | 10,845 |
| Colette M. Santa Rodríguez | 11,221 |
| Jacqueline N. Font Guzmán | 11,592 |
| Jorge Luis Mejías Disdier | 12,256 |
| Eduardo José Iglesias Badillo | 12,260 |
| Marie L. Delgado Marín | 12,396 |
| Roberto Cruz Hernández | 12,447 |
| Carmen A. Valdés Álvarez | 12,834 |
| Ricardo J. Ramírez de Arellano Rodríguez | 13,143 |
| Magda M. Martí Haidar | 13,290 |
| Sandra J. Cepeda Benavides | 13,567 |
| Ana Ivelise Pagán Ortiz | 13,947 |
| Brenda L. Bey Viñas | 14,358 |
| Enrique Acosta Pumarejo | 14,670 |
| Barbara Amelunxen Bartelsman | 14,992 |
| Natacha Carlo Aybar | 15,095 |
| Eduardo Martí Martínez | 15,221 |
| Mariella Pérez Serrano | 15,577 |
| Nikos C. Berkowitz Biaggi | 17,307 |
| Elena Martín Gámez | 17,387 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina